UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | File No. 11-5057-JLV |
| Plaintiff, | ) ) ) | **AFFIDAVIT OF MICHAEL C. LOOS** |
| vs. | ) ) | |
| AMY JENSON, | ) ) | |
| Defendant. | ) | |

Michael C. Loos, being first duly sworn on oath, states as follows:

1. I am the counsel or record for the above-named Defendant, Amy Jenson.

2. I make this Affidavit based upon my personal knowledge of the facts regarding the subject matter of this case.

3. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Amy Jenson, taken September 12, 2011.

4. Attached hereto as Exhibit 2 is a true and correct copy of transcript of the deposition of Hugh Boyle, taken September 12, 2011, together with all exhibits pertaining thereto.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Amy Jenson dated April 15, 2011, together with all exhibits pertaining thereto.

6. Attached hereto as Exhibit 4 is a true and correct copy of the affidavit of Hugh Boyle dated April 19, 2011.

7.  Attached hereto as Exhibit 5 is a true and correct copy of the Second Affidavit of Amy Jenson, dated October 31, 2011.

Dated this 3rd day of November, 2011.

_____
Michael C. Loos

STATE OF SOUTH DAKOTA ) 
) SS.
COUNTY OF PENNINGTON )

On this 3rd day of November, 2011, before me, the undersigned officer, personally appeared Michael C. Loos, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Bradee L. Beard
Notary Public

My Commission Expires: 9-23-2014

(SEAL) 

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a true and correct copy of the foregoing *Affidavit of Michael C. Loos* upon the person herein next named, on the date shown below, by electronic service:

J. Crisman Palmer
GUNDERSON, PALMER, NELSON & ASHMORE
440 Mt. Rushmore Road, 3rd Floor
P.O. Box 8045
Rapid city, SD 57709
Attorneys for Plaintiff
cpalmer@gpnalaw.com

and that such address is the last address of the addressee known to the subscriber.

Dated this 3rd day of November, 2011.

/s/
Michael C. Loos